CASE NO. 21-14090

---

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

JAMMIE PARKER,

Plaintiff/Appellant,

v.

TERI GALARDI,

Defendant/Appellee.

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

# APPELLANT'S UNOPPOSED MOTION TO CONSOLIDATE

THOMAS JOHN BUTLER
SUITE 235
MIAMI BEACH, FL 33139
(877) 847-1896

ATTORNEY FOR APPELLANT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

**Jammie Parker v. Teri Galardi**
**Case No.: 21-14090**

Appellant, Jammie Parker, files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

Ameera Brewer

Howard Brodsky, Esq.

Thomas J. Butler, Esq.

Ainsworth Dudley, Esq.

Astrid Evelyn Gabbe, Esq.

Teri Galardi

Jocelyn Johnson

Christopher J. Lynch, Esq.

Ebony Mayfield

Rashedah Mays

Angela Milner

Jammie Parker

Tiffany Thompson

Gerald Tobin, Esq.

United States District Judge Aileen M. Cannon

United States Magistrate Judge Alicia M. Otazo-Reyes

Marleka Williams

Shakir Williams

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed this 3rd day of December 2021 using CM/ECF and served via CM/ECF to appellee's counsel.

/s/Thomas J. Butler
Thomas J. Butler, Esq.
Florida Bar No.: 569178
Thomas Butler, P.A.
407 Lincoln Road, Suite 235
Miami Beach, Florida 33139
Phone: (877) 847-1896
Counsel for Appellant

## B. UNOPPOSED MOTION TO CONSOLIDATE

Jammie Parker (or "Parker"), through undersigned counsel, files this Unopposed Motion to Consolidate, and states:

1. On October 18, 2021, the Appellant filed a notice of appeal of the orders dated September 9 and 21, 2021, which resulted in dismissal of the Plaintiff's claim with prejudice as a sanction. On November 21, 2021, the Appellant filed an amended notice of appeal to include appeal of a November 5, 2021 order, which determined the amount of the costs and fees. As a result of the November 21, 2021

amended notice of appeal of the November 5, 2021 order, the clerk issued an additional Case Number 21-14090.

2. The Appellant requests the Court to permit consolidation of this case and Case Number 21-13608 because the orders arise out of the same case and out of the same underlying order dismissing the Appellant's civil action based on a sanction.

3.Undersigned counsel conferred the basis of this motion with Counsel for the Appellee who indicated the Appellee does not object to this motion.

WHEREFORE, Parker respectfully requests the Court to grant this motion.

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation set forth in FRAP 32(g). This motion contains 179 words.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed this 3rd day of December 2021 using CM/ECF and served via CM/ECF to appellee's counsel.

s/Thomas J. Butler__________
Thomas J. Butler, Esq.
Florida Bar No.: 569178
Thomas Butler, P.A.
407 Lincoln Road, Suite 235
Miami Beach, Florida 33139
Phone: (877) 847-1896
Counsel for Appellant